**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

**UNITED STATES OF AMERICA**                                  **RESPONDENT**

v.                         **No. 1:13-cr-10024-001**

**ANTOINE C. COOK**                                                  **MOVANT**

## ORDER

Movant, a Defendant in this criminal matter, has submitted his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. ECF No. 65. The Court has reviewed the Motion and finds the Government should respond.

**IT IS ORDERED** the United States of America, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Motion and any Supplement within sixty (60) days of the date of this Order.

**ENTERED** this **23rd day of June 2016.**

                                                              /s/ Barry A. Bryant
                                                               HON. BARRY A. BRYANT
                                                               UNITED STATES MAGISTRATE JUDGE