IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                              RESPONDENT

V.                                    CASE NO. 1:13-CR-10024

ANTOINE C. COOK                                                                              MOVANT

### ORDER

Before the Court is the Report and Recommendation filed on January 25, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 81). Judge Bryant recommends that Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 be denied. Movant has filed timely objections to the Report and Recommendation, however, those objections are not specific so as to trigger *de novo* review. Movant states, in relevant part:

> The Movant, wholeheartedly objects to the Magistrate Judge's report and recommendation, and final judgment handed down by this court. Because of the erroneous ascersions [sic] by this Court, and the lack of engagement by the Government, the issues/claim(s) and violation(s) which the Movant as well as the petition 28 U.S.C. § 2255 has exposed, are forbidden in the plain language of the Bill of Rights, and no further interpretation is necessary.

Accordingly, the Court adopts the Report and Recommendation *in toto*. The Court finds that Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 65) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 6th day of March, 2017.

                                                              /s/ Susan O. Hickey
                                                              Susan O. Hickey
                                                              United States District Judge