IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                           RESPONDENT

v.                                    Case No. 1:13-cr-10024

ANTOINE C. COOK                                                                          MOVANT

## ORDER

Before the Court is Movant Antoine C. Cook's Motion to Return Movant to the Custody of the Bureau of Prisons. (ECF No. 115). The Court finds that no response is necessary and that this matter is ripe for consideration.

Movant is an inmate currently incarcerated at the Union County Jail in El Dorado, Arkansas. On January 7, 2020, Movant filed the instant motion requesting that he be transferred into the Bureau of Prisons' ("BOP") custody so that he can participate in the BOP's Residential Drug Treatment Program.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Movant's Motion to Return Movant to the Custody of the Bureau of Prisons (ECF No. 115) should be and hereby is **GRANTED**. The Court orders that Movant, Antoine C. Cook, be transferred into BOP custody.

**IT IS SO ORDERED**, this 9th day of January, 2020.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              Chief United States District Judge